**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RODRICK LA KIRK SCOTT** | ) | |
| **ID # 00677290,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:14-CV-3304-N (BH)** |
| | ) | |
| **WILLIAM STEPHENS, Director,** | ) | **Referred to U.S. Magistrate Judge** |
| **Texas Department of Criminal** | ) | |
| **Justice, Correctional Institutions Division.** | ) | |

**ORDER**

Pursuant to *Special Order No. 3-251*, this pro se prisoner case has been automatically referred for pre-trial management.  On November 5, 2014, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to file an *in forma pauperis* (IFP) application or pay the applicable filing fees within 30 days as ordered.  (*See* doc. 6.)  On November 24, 2014, the petitioner filed a completed IFP application and accompanying certificate of inmate trust account form. (*See* doc. 7.) Because the petitioner has now complied with the order of the Court, and the November 5, 2014 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**.

**SIGNED this 24th day of November, 2014.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE